IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 26-25-1 |
| : | |
| COREY HINES : | |

### DEFENDANT COREY HINES'S MOTION FOR CONTINUANCE

Defendant Corey Hines ("Defendant Hines"), by and through his undersigned counsel, Thomas O. Fitzpatrick, respectfully requests that this Court continue the arraignment and hearing currently scheduled for February 9, 2026. In support of this Motion, Defendant Hines states the following:

1. An arraignment and hearing were scheduled for February 9, 2026.

2. Due to a scheduling conflict with a trial, defense counsel respectfully requests a continuance in this matter to the first week of May 2026.

3. Defense counsel has contacted the Government regarding this motion for continuance, and the Government does not oppose the requested continuance.

WHEREFORE, for the reasons stated above, Defendant Corey Hines respectfully requests that this Court grant this motion and the arraignment and hearing be continued to the first week of May 2026, or such other date as the Court deems appropriate.

Respectfully submitted,

/s/ Thomas O. Fitzpatrick
Thomas O. Fitzpatrick
MINCEY FITZPATRICK ROSS, LLC
1650 Market Street, 36th Floor,
Philadelphia, PA 19103
215-587-0006

Date: January 29, 2026                              tom@minceyfitzross.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion has been served upon all counsel of record via the Court's electronic filing system.

      Respectfully submitted,

      /s/ Thomas O. Fitzpatrick
      Thomas O. Fitzpatrick

Date: January 29, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 26-25-1 |
| : | |
| COREY HINES : | |

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant Corey Hines's Motion for Continuance, and the government's non-objection thereto, it is hereby ORDERED that:

1. Defendant Hines's Motion is GRANTED;

2. The arraignment and hearing currently scheduled for February 9, 2026, are CONTINUED;

3. The arraignment and hearing are RESCHEDULED for _____ at _____.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.